**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GERARDO DURAN SAMAYOA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | CASE NO. 5:26-cv-05617-SK<br>**JUDGMENT (BOND HEARING)** |

In accordance with the court's Order Conditionally Granting Habeas Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is conditionally granted. If detained within this district, **Hector Gerardo Duran Samayoa** (**A# 246-062-531**) is to be released from civil detention within 7 days of the court's order, unless he is provided an individualized custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a).

DATED: September 24, 2026

HON. STEVE KIM
United States Magistrate Judge